OPINION — AG — **** HOUSING AUTHORITY-REQUIREMENTS-PETITION-VOTING **** A PETITION BY NOT LESS THAN 5% OF THE VOTERS OF SAND SPRINGS FILED WITHIN 30 DAYS OF NOTICE BY PUBLICATION OF CITY COUNCIL RESOLUTION MAKES SAID RESOLUTION CREATING A HOUSE AUTHORITY INEFFECTIVE UNTIL APPROVED BY A MAJORITY OF THE VOTERS AS PROVIDED IN 63 O.S. 1968 Supp., 1055 [63-1055]. CITE: 63 O.S. 1967 Supp., 1055 [63-1055] W. J. MONROE